AO 442 (Rev 5 93) Warrant for Arrest

81984

# UNITED STATES DISTRICT COURT
## Southern District of Texas

2021 JUL 19

UNITED STATES OF AMERICA

V.

ARIAN ZACHARY JOHNSON

Case: 1:21-mj-00575
Assigned to: Judge Meriweather, Robin M.
Assign Date: 8/21/2021
Description: ARREST RULE(5)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ARIAN ZACHARY JOHNSON_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ✔ Violation Notice   ☐ Pretrial Release Violation

charging him or her    (brief description of offense)

**Supervised Release Violation**

in violation of Title _____ United States Code, Section(s) _____

**Hon. Nathan Ochsner**
Name of Issuing Officer

Margaret M Perego, JSS
Signature of Issuing Officer

**U. S. District Clerk**
Title of Issuing Officer

**July 19, 2021 at Laredo, Texas**
Date and Location

Bail fixed at $ **NO BOND** _____ by _____**U.S. District Judge Marina Garcia Marmolejo**
Name of Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | | WASHINGTON DC |
| DATE RECEIVED 7-19-21 | NAME AND TITLE OF ARRESTING OFFICER McGuns | | SIGNATURE OF ARRESTING OFFICER McGuns |
| DATE OF ARREST 08-21-21 | | | |