PROB 12C
(06/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

2021 JUL 19 PM 2:59

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Arian Zachary Johnson | Case Number: | 5:92CR00233-001 |

Name of Sentencing Judge: The Honorable George P. Kazen

Date of Original Sentence: February 26, 1993

Original Offense: Escape from confinement, 18 U.S.C. § 751(a)

Original Sentence: 18 months imprisonment to run consecutive and in addition to any other undischarged sentence the defendant is presently serving, followed by a three-year term of supervised release and a $50 special assessment

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | 6/28/2021 |
| Assistant U.S. Attorney: | Yvonne S. Gonzalez | Defense Attorney: | Teresa Hunter |

---

## EARLIER COURT ACTION

None.

---

## PETITIONING THE COURT

**TO ISSUE A WARRANT** for the offender located at <u>unknown.</u>

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**   **Nature of Noncompliance**

1   **FAILURE TO REPORT TO THE U.S. PROBATION OFFICE WITHIN 72 HOURS OF RELEASE FROM THE BUREAU OF PRISONS**

RE:   Arlan Zachary Johnson  
      Dkt. No. 6:92CR00233-001

2

On July 08, 2021, the U.S. Probation Office became aware of the person under supervision's release from custody of the Federal Bureau of Prisons after having been granted a compassionate release on June 28, 2021. The person under supervision did not contact or report to any U.S. Probation Office within 72 hours of his release. On July 09 and July 12, 2021, the U.S. Probation Office attempted to contact the person under supervision to all the listed contact phone number to no avail. Additionally, on July 15, 2021, the U.S. Probation Office contacted the Marion, United States Penitentiary, from where the person under supervision released and requested any available contact information. No contact information was provided by the facility, as they reported to not have that information available. A criminal records check conducted on July 13, 2021, revealed no new arrest for the person under supervision after his release date.

The person under supervision failed to report or contact the U.S. Probation Office within 72 hours of his release and his whereabouts are currently unknown. On February 26, 1993, Mr. Johnson acknowledged and signed his conditions as explained by the U.S. Probation Officer.

**U.S. Probation Officer Recommendation:** Based on the fact the person under supervision disregarded the Court's directives after they were previously explained, it is respectfully recommended the court consider issuing a warrant with no bond.

☒   The term of supervision should be

　　☒   revoked.

　　☐   extended for ___ years, for a total of ___ years.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted,

By:

_____  
E. Joel Garcia Jr., Supervising  
United States Probation Officer

_____  
Cynthia Garcia  
United States Probation Officer  
July 16, 2021

RE: Arian Zachary Johnson
Dkt. No: 5:92CR00233-001

3

THE COURT ORDERS:

2021 JUL 19 PM 2:59

[ ] No Action

[X] The Issuance of a Warrant, and no bond.

[ ] The Issuance of a Warrant, and no bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of Criminal Case Number _____.

[ ] The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of the case currently known as _____.

[ ] That the defendant be summoned to appear before the Court on _____ at _____ for a Supervised Release violation hearing to show cause why his Supervised Release should not be revoked.

[ ] That the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition in case #_____.

[ ] That the defendant be brought before the Court to show cause why his supervision should not be revoked on _____ at _____.

[ ] Other:

_____
Marina Garcia Marmolejo
U. S. District Judge

July 19, 2021
Date

TRUE COPY I CERTIFY
ATTEST:
NATHAN OCHSNER, Clerk of Court
By: _____
Deputy Clerk