# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 21-mj-575** |
| | : | |
| v. | : | |
| | : | |
| **ARIAN JOHNSON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based on the entire record herein, and for good cause shown, the Court hereby grants the government's motion, and it is hereby

ORDERED, that this case is hereby dismissed.

Dated: March 11, 2022

ZIA M. FARUQUI
United States Magistrate Judge